Steven A. Sherman, Esq. (State Bar No. 113621)
**FREGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705-7101
Telephone: (714) 953-5300
Facsimile: (714) 953-1143
ssherman@law4cops.com

Attorneys for City of Buena Park Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARDO EDUARDO GARCIA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF BUENA PARK, a municipal entity, MANUEL MARTINEZ, and DOES 1 to 10, Inclusive,<br><br>　　　　Defendants. | NO. 8:16-cv-1373-CJC-JCG<br><br>**ORDER re PROTECTIVE ORDER** |

　　　The concurrently filed stipulated Protective Order and its terms is hereby approved and adopted by the Court. IT IS SO ORDERED:

Dated: August 25, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Jay C. Gandhi
　　　　　　　　　　　　　　　　　　Magistrate Judge
　　　　　　　　　　　　　　　　　　United States District Court

1